Ahren A. Tiller Esq. [SBN: 250608]
Bankruptcy Law Center, APC
1230 Columbia St., Ste 1100
San Diego, CA 92101
Phone (619) 894-8831
Facsimile: (866) 444-7026

Attorneys for Plaintiff
IRENE WILLIAMS

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE WILLIAMS,<br><br>         Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A. et al.<br><br>         Defendant(s), | Case No.: 3:18-CV-00394-W-AGS<br><br>**NOTICE OF SETTLEMENT**<br><br><br>**JUDGE:** Hon. Thomas J. Whelan |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN, AND TO THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE that Plaintiff has settled her claims as to all Defendants.

Plaintiff and Defendant BANK OF AMERICA, N.A. intend to file a stipulation of dismissal with prejudice as to all Defendants.

Dated: May 25, 2018                    by: /s/ Ahren A. Tiller
                                            Ahren A. Tiller
                                            Bankruptcy Law Center, APC
                                            Attorney(s) for Plaintiff