UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE WILLIAMS,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　　　　　　　　　Defendant. | Case No.: 18-CV-0394 W (AGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 6]** |

　　　Parties have filed a joint motion to dismiss with prejudice. [Doc. 6.] Good cause appearing, the Court **GRANTS** the joint motion. Per the terms of the joint motion, each side is to bear its own costs and attorneys' fees. This action is dismissed **WITH PREJUDICE**. The Clerk is directed to close the case.

　　　**IT IS SO ORDERED.**

Dated: June 25, 2018

_____
Hon. Thomas J. Whelan
United States District Judge

1

18-CV-0394 W (AGS)